IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

Inmate Identification Number: __5813__

__Fletcher Ray Stewart__

__316 Industrial Park Dr. Madeville AL__

(Enter above the full name(s) of the plaintiff(s) in this action)    __36853__

vs.

__Sheriff Jimmy Abbett, Blake Jennings__

__and Lt. Carolyn__

(Enter above full name(s) of the defendant(s) in this action)

**NOTICE TO FILING PARTY**

It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.

CA: 3:05CV520-T

RECEIVED 2005 JUN -2 A 10:06
DEBRA P. HACKETT CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I.    **Previous lawsuits**

   A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
        Yes ( )        No (✓)

   B.   If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

   1.   Parties to this previous lawsuit:

        Plaintiff(s): _____

        Defendant(s): _____

2. Court (if Federal Court, name the district; if State Court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement _____

A. Is there a prisoner grievance procedure in this institution?
   Yes ( ✓ )     No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( ✓ )     No ( )

C. If your answer is YES:

   1. What steps did you take?  fil grievance

   2. What was the result?  would not do any Thing like never did fil one But I did

D. If your answer is NO, explain why not? _____

2

## RELIEF

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

For Them to pay me and get me my psyciatric help I need I cant Read are Rite So I have had Some one to do This for me. will Some one Please help me here. you can call my mom and She can tell you mae about me here my mom Phone #'s 256-825-7134

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on  X FLETCHER STEWART

Signature(s)

6/1/05

I don This for Mr. Stewart
Bdy Hill   don This
Bibby Hill    If you call his mom you will See what I am talk about here This is not Right etc.

Parties
In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.  Name of plaintiff(s) Fletcher Ray Stewart

    Address 316 Industrial Park Drive
    Dadeville, AL, 36853

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B.  Defendant Jimmy Abbett Sheriff

    is employed as 316 Industrial Park Drive

    at Dadeville, AL 36853

C.  Additional Defendants Blake Jennings and Lt. Carolyn

V.  Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I am in bad need of psyciatric help I do not need to be in Jail I need to be in a hopital some where like That. if you would. sent some one to talk to me you would know I don't need to be here in Jail

3