Case 3:05-cv-00520-MHT-DRB   Document 8   Filed 06/20/2005   Page 1 of 1

stewart

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Lt. Carolyn Moss
   Tallapoosa County Jail
   316 Industrial Park Drive
   Dadeville, AL 36853

   3:05CV520-MHT (cmp, order 40 days)

2. Article Number
   (Transfer from service label)

   7004 2510 0001 0150 6853

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Toni McCary      ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Toni McCary                  6-16-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes