■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

**SENDER: COMPLETE THIS SECTION**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ___Jim McCoun___  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

Jim McCary     6-16-05

1. Article Addressed to:

Blake Jennings
Tallapoosa County Jail
316 Industrial Park Drive
Dadeville, AL 36853

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3:05cv520-MHT (cmp. order 40 dys)

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

7004 2510 0001 0150 6846

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540