SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Joni McCary        ☐ Agent
                      ☐ Addressee

B. Received by ( Printed Name)      C. Date of Delivery
   Tom McCary          6-16-03

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

1. Article Addressed to:

   Jimmy Abbott
   Sheriff
   Tallapoosa County Jail
   316 Industrial Park Drive
   Dadeville, AL 36853

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

3:05CV520MHT (cmp, Order   40 dy   )

2. Article Number
   (Transfer from service label)      7004 2510 0001 0150 6839

102595-02-M-1540

PS Form 3811, August 2001      Domestic Return Receipt