**EXHIBIT A**
**Uniform Arrest Report**
**dated April 7, 2005**

| DOMESTIC VIOLENCE | | Fingerprinted | R84 Compl |
|---|---|---|---|
| DUAL ARREST ☐ | **ABAMA UNIFORM ARREST REPORT** | ① Yes ☐ / ② No ☑ | ① Yes ☐ / ② No ☑ |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMA

**IDENTIFICATION**

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SF# |
|---|---|---|---|
| 062020C | DAdeville Police Dept | | |

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| StewARt Fletcher RAy | |

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 | ① SCARS | ② MARKS | ③ TATTOOS | ④ AMPUTATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ①M ②F | ①W ②B ③I ④O ⑤A ⑥H | 65 | 180 | BLU | BLN | | | | | | |

| 15 PLACE OF BIRTH (CITY, COUNTY STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| TAllA PeosA . Co . AlA | | 05/19/68 | 36 | |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| | HENRY CLASS | | | | | | | | |
| 24 FBI # | NCIC CLASS | | | | | | 25 IDENTIFICATION COMMENTS | | |

| 26 ① RESIDENT / ② NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| ② NON-RESIDENT | 1790 BoogeR HollowRd DAdeville | (256) 825-7134 | |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|
| DisAble | | ( ) |

**ARREST**

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? |
|---|---|---|
| HAtchett St. DAdeville, Al 36853 | | ① IN STATE / ② OUT OF STATE ☑ YES ☐ NO |

| 36 CONDITION OF ARRESTEE: | 37 RESIST ARREST? | 38 INJURIES? | 39 ARMED? | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|
| ① DRUNK ② SOBER ③ DRINKING ④ DRUGS | ①YES ☑ ②NO | ①NONE ②OFFICER ③ARRESTEE | ① Y ☑ ②N | ① HANDGUN ② RIFLE ③ SHOTGUN ④ OTHER FIREARM ⑤ OTHER WEAPON CHAIN |

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE OF ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 04/07/05 | 19:32 ①AM ②PM ☐MIL. | S M T W T F S (7) | ① ON VIEW ② CALL ③ WARRANT | ①YES ②NO ③UNKNOWN |

| 46 CHARGE – 1 | ① FEL ② MISD | 47 UCR CODE | 48 CHARGE – 2 | ① FEL ② MISD | 49 UCR CODE |
|---|---|---|---|---|---|
| Assault 2nd | | 1324 | disoRdeRly Conduct | | 5311 |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED M D Y | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|---|---|---|
| 13A6-21 | | | 13A-11-7 | | |

| 56 CHARGE – 3 | ① FEL ② MISD | 57 UCR CODE | 58 CHARGE – 4 | ① FEL ② MISD | 59 UCR CODE |
|---|---|---|---|---|---|
| Resisting ArRest | | 4801 | | | |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|
| 13A-10-41 | | | | | |

| 66 ARREST DISPOSITION | 87 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| ① HELD ② BAIL ③ RELEASED ④ TOT—LE ⑤ OTHER | | |
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

**VEHICLE**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO | TOP / BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| 78 VIN | 79 IMPOUNDED? ①YES ②NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|
| | | |

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED |
|---|
| |

**JUVENILE**

| 82 JUVENILE DISPOSITION: | | 83 RELEASED TO |
|---|---|---|
| ① HANDLED AND RELEASED ② REF. TO JUVENILE COURT ③ REF. TO WELFARE AGENCY ④ REF. TO OTHER POLICE AGENCY ⑤ REF. TO ADULT COURT | ☐ CONTINUED IN NARRATIVE | |

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE |
|---|---|---|
| | | ( ) |

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE |
|---|---|---|---|
| | | | ( ) |

**RELEASE**

| 91 DATE AND TIME OF RELEASE M D Y : ①AM ②PM ☐MIL. | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| | | | |

| 95 RELEASED TO | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|
| | | |

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ①YES ②NO ③PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|
| | | |

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) |
|---|
| |

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | LOCAL USE |
|---|---|---|
| | | STATE USE |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ①Y ②N |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 111 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR | 116 WATCH CMDR. |
|---|---|---|---|---|---|
| BuRdon JAmes | 309 | | | | |
| | | | ID # | ID # | |

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC — 34 REV. 7-04

# EXHIBIT B
## In-Processing Check List
## Dated April 7, 2005



# TALLAPOOSA COUNTY JAIL

## IN-PROCESSING CHECK LIST

Inmates Name: STEWART, FLETCHER   Name ID: 5813   Date In: 4-7-05

Booking Number: 05-000566   Time In: 1835   Shift: A-2

✓ 1. Medical screening completed. Notify nurse of any major problems.

✓ 2. Property Issued. (Explain to inmate about the responsibility of property.)

N/A 3. Finger printing. Livescan.

✓ 4. Photos.

✓ 5. Arrest report, IO reports, Arrest Authentication sheet in file.

✓ 6. Bond Set, Purge amount set, and inmate has been informed. Comments:

~~$100~~ #25,000 TOTAL

✓ 7. All copies of reports made and copies and originals in appropriate location.

✓ 8. All property and valuables have been secured in appropriate location.

N/A 9. Any cash inmate request to be transferred to commissary account has been accounted for and placed in appropriate location.

✓ 10. NCIC Check completed:

    ✓ No wants or warrants

    _____ Wanted for: Held for INV. Johnson

             by: Griffin

_____          4-7-05 / 1835
Booking Officer's Signature          Date/Time Booking Completed

_____
Supervisor Reviewed

*Supervisor must review all bookings prior to filing record.

**CORRECTIONS**

# EXHIBIT C
# Alacourt SJIS Reports



*alacourt crmc's*

*Alabama SJIS CC/DC Case Detail*

**Settings** | **Disposition** | **Sentence** | **Case Action Summary** | **Witness List** | **Financial** | **Enforcem**

| Case | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| County | 62 TALLAPOOSA | Case Number | ✒DC 2005 000204 00 | JID | | CKT | DEF Status | J JAIL ESTS: N |
| Name | STEWART FLETCHER RAY | | | Alias | | | | |
| Address 1 | 1790 BOOGER HOLLOW RD | | | Alias | | | | |
| Address 2 | | | | SID | AL 000000000 | YDate | | |
| Zip | 36853 0000 DADEVILLE AL US | | | AS | | PR | 0000 000000 00 | |
| DLNO | AL | DOB | 05191968 | SSN | | Race/Sex | W/M | |
| Height | 6 05 | Weight | 180 | Eyes | BLU | Hair | BLN | |
| Filed | 04082005 | AAGCY | C | Muni# | 00 | City | | |
| Arrest | 04072005 | OffDT | 04072005 | ORI | 0620200 | OFFC | DPD | |
| Indict | | Grand Jury | | Atty 1 | WRI047 A | Tkt# | | |
| Bond | | Type | | Bond Co | | REL | 00000000 | |
| Sure | | CWIT | | JDMD | | APPL | | |
| Tracking No's | WR 2005 000169 00 / 0000 000000 00 / 0000 000000 00 | | | | | | | |
| Date | 1 04212005 | Que | 003 | Time | 0900 A | Desc | BTRL | |
| Charge 1 | ASS2 | ASSAULT 2ND DEGREE | | 13A-006-021 | F PE | Counts | 001 | |
| Charge 2 | | | | | | Counts | | |
| Charge 3 | | | | | | Counts | | |
| More | N | Dom Viol | N | Case Type | F | Case Cat | PE | |
| Comment | DADEVILLE | | | | | | | |
| Settings | | | | | | | | |
| Date 1 | 04212005 | Que | 003 | Time | 0900 A | Desc | BTRL BENCH TRIAL | |
| Date 2 | | Que | 000 | Time | 0000 | Desc | | |
| Date 3 | | Que | 000 | Time | 0000 | Desc | | |
| Date 4 | | Que | 000 | Time | 0000 | Desc | | |
| Prosecutor | | Atty 1 | WRIGHT KENNETH E JR | Atty 2 | | | | |
| Flag | N | Flag | Y | Flag | | | | |
| WARISS | | WARACT | | WARLOC | | | | |
| BP ISS | | BP RTN | | | | | | |
| Disposition | | | | | | | | |
| CRT ACT | B BOUND OVER/PR CAUSE | CADATE | 04212005 | Jury | Y | More | N | |
| Charge 1 | ASS2 ASSAULT 2ND DEGREE 13A-006-021 F P | | | Counts | 001 | CA | B 04212005 | |
| Charge 2 | | | | Counts | | CA | | |
| Charge 3 | | | | Counts | | CA | | |
| Admin | | Why | | TBNV1 | | TBNV2 | | |
| Appeal | | CAPP | T | Type | GJCA | GJCA | | |
| Cont Dt | | Why | | Cont# | 00 | DOM VIOL | N | |
| Comment | | | | | | | | |
| CMP:N | SPRO:N | Due | 0000000000 | Warr:000 | SUBP:000 | Updated | 07122005 | |
| Sentence | | | | | | | | |
| Sent | | Begin | | End | | PRB BEG | | |
| IMP CONF | 00 00 000 | SUSP CONF | 00 00 000 | TOTAL CONF | 00 00 000 | JAIL CRED | 00 00 000 | |
| LICN SUSP | 00 00 000 | PROBATION | 00 00 000 | PRB REV | 00000000 | | | |

| Monetary: | COST | FINE IMP: 00000000 | SUSP: 00000000 | CVCC | HIS | |
|---|---|---|---|---|---|---|
| | WCCS | MCOS 00000000 | JFEE 00000000 | DRGF 0 | ASU | |
| | WCDA | REMB 00000000 | 3CVC 00000000 | WARR 000 | USF | |
| | PREL | DRUG 00000000 | RCUP 00000000 | SUBP 000 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | PES1 00000000 | | PES2 00000000 | | PES3 00000000 | | |
| | PES4 00000000 | | PES5 00000000 | | PES6 00000000 | | |
| Confine: | PENT | LIFE | LWOP | DEATH | SPLIT | BOOT 000 | EMON 00 |
| | JAIL | CCUR | CSEC | CTERM | RVSPL | GANG 000 | |
| Programs: | JDVB | IPPOB | AASCH | DUI | DDC | CSV 0000 | SAPP |
| | PTRL | BCSCH | MNTL | CRO | ASCH | ANGER | DRUGCT |
| Enhanced: | PROJ | CNOT | SCH | VDOB 00000000 | | HOOF 000 | |
| | DRUG | CODE: | | MEAS: | VOL: 00000000 | | |
| SEC/CUR: | 00 | 000000000000 00 | 00 | 000000000000 00 | 00 | 000000000000 | |
| Comment: | | | | | | | |
| BAL DUE | | | DUE | | CRO | Updated | 04212005 |

*Case Action Summary*

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 04132005 | 0854 | JUDG | ASSIGNED TO: (CKT) CLAYTON KIM TAYLOR (AR01) | BRL |
| 04132005 | 0854 | FILE | FILED ON: 04/08/2005 (AR01) | BRL |
| 04132005 | 0854 | STAT | INITIAL STATUS SET TO: "J" - JAIL (AR01) | BRL |
| 04132005 | 0854 | ARRS | DEFENDANT ARRESTED ON: 04/07/2005 (AR01) | BRL |
| 04132005 | 0854 | DAT1 | SET FOR: BENCH TRIAL ON 04/21/2005 AT 0900A (AR01) | BRL |
| 04132005 | 0854 | FILE | CHARGE 01: ASSAULT 2ND DEGREE/#CNTS: 001 (AR01) | BRL |
| 04132005 | 0854 | COMM | DADEVILLE (AR01) | BRL |
| 04132005 | 0854 | CASP | CASE ACTION SUMMARY PRINTED (AR10) | BRL |
| 04212005 | 1136 | DJID | DISPOSITION JUDGE ID CHANGED FROM: TO: CKT | PAL |
| 04212005 | 1136 | DISP | CHARGE 01: ASSAULT 2ND DEGREE /#CNTS: 001 (AR10) | PAL |
| 04212005 | 1136 | ATY1 | ATTORNEY FOR DEFENDANT: WRIGHT KENNETH E JR (AR10) | PAL |
| 04212005 | 1136 | DISP | CHARGE 01 DISPOSED BY: BOUND OVER ON: 04/21/2005 | PAL |
| 04212005 | 1136 | D001 | ENFORCEMENT STATUS SET TO: "N" (AR10) | PAL |
| 04262005 | 1357 | TEXT | NOTICE OF APPEARANCE KENNETH E WRIGHT | BRL |
| 04262005 | 1357 | TEXT | MOTION FOR A PRELIMINARY HEARING | BRL |



*alacourt.com's*

*Alabama SJIS CC/DC Case Detail*

[ Settings ] [ Disposition ] [ Sentence ] [ Case Action Summary ] [ Witness List ] [ Financial ] [ Enforcem

### Case

| County | 62 TALLAPOOSA | Case Number | ◆DC 2005 000205 00 | JID | | CKT | | DEF Status | | J JAIL ESTS: N |
|---|---|---|---|---|---|---|---|---|---|---|
| Name | STEWART FLETCHER RAY | | | Alias | | | | | | |
| Address 1 | 1790 BOOGER HOLLOW RD | | | Alias | | | | | | |
| Address 2 | | | | SID | | AL 000000000 | | YDate | | |
| Zip | 36853 0000 DADEVILLE AL US | | | AS | | | | PR | | 0000 000000 00 |
| DLNO | AL | DOB | 05191968 | SSN | | | | Race/Sex | | W/M |
| Height | 6 05 | Weight | 180 | Eyes | | BLU | | Hair | | BLN |
| Filed | 04082005 | AAGCY | C | Muni# | | 00 | | City | | |
| Arrest | 04072005 | OffDT | 04072005 | ORI | | 0620200 | | OFFC | | DPD |
| Indict | | Grand Jury | | Atty 1 | | WRI047 A | | Tkt# | | |
| Bond | | Type | | Bond Co | | | | REL | | 00000000 |
| Sure | | CWIT | | JDMD | | | | APPL | | |
| Tracking No's | WR 2005 000167 00 / 0000 000000 00 / 0000 000000 00 | | | | | | | | | |
| Date | 1 04212005 | Que | 003 | Time | | 0900 A | | Desc | | BTRL |
| Charge 1 | DISO | DISORDERLY CONDUCT | | 13A-011-007 | | M GP | | Counts | | 001 |
| Charge 2 | | | | | | | | Counts | | |
| Charge 3 | | | | | | | | Counts | | |
| More | N | Dom Viol | N | Case Type | | M | | Case Cat | | GP |
| Comment | DADEVILLE | | | | | | | | | |

### Settings

| Date 1 | 04212005 | Que | 003 | Time | 0900 A | Desc | BTRL BENCH TRIAL |
|---|---|---|---|---|---|---|---|
| Date 2 | | Que | 000 | Time | 0000 | Desc | |
| Date 3 | | Que | 000 | Time | 0000 | Desc | |
| Date 4 | | Que | 000 | Time | 0000 | Desc | |
| Prosecutor | | Atty 1 | WRIGHT KENNETH E JR | Atty 2 | | | |
| Flag | N | Flag | Y | Flag | | | |
| WARISS | | WARACT | | WARLOC | | | |
| BP ISS | | BP RTN | | | | | |

### Disposition

| CRT ACT | B BOUND OVER/PR CAUSE | CADATE | 04212005 | Jury | Y | More | N |
|---|---|---|---|---|---|---|---|
| Charge 1 | DISO DISORDERLY CONDUCT 13A-011-007 M G | | | Counts | 001 | CA | B 04212005 |
| Charge 2 | | | | Counts | | CA | |
| Charge 3 | | | | Counts | | CA | |
| Admin | | | | TBNV1 | | TBNV2 | |
| Appeal | | CAPP | T | Type | GJCA | GJCA | |
| Cont Dt | | Why | | Cont# | 00 | DOM VIOL | N |
| Comment | | | | | | | |
| CMP:N | SPRO:N | Due | 0000000000 | Warr:000 | SUBP:000 | Updated | 07122005 |

### Sentence

| Sent | | Begin | | End | | PRB BEG | |
|---|---|---|---|---|---|---|---|
| IMP CONF | 00 00 000 | SUSP CONF | 00 00 000 | TOTAL CONF | 00 00 000 | JAIL CRED | 00 00 000 |
| LICN SUSP | 00 00 000 | PROBATION | 00 00 000 | PRB REV | 00000000 | | |
| Monetary: | COST    FINE IMP: 00000000  SUSP: 00000000    CVCC        HIS | | | | | | |
| | WCCS    MCOS 00000000    JFEE 00000000    DRGF 0        ASU | | | | | | |
| | WCDA    REMB 00000000    3CVC 00000000    WARR 000    USF | | | | | | |
| | PREL    DRUG 00000000    RCUP 00000000    SUBP 000 | | | | | | |
| | RES1 00000000    RES2 00000000    RES3 00000000 | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | RES4 00000000 | | | RES5 00000000 | | RES6 00000000 | |
| Confine: | PENT | LIFE | LWOP | DEATH | SPLIT | BOOT 000 | EMON 00 |
| | JAIL | CCUR | CSEC | CTERM | RVSPL | GANG 000 | |
| Programs: | JDVR | IPROB | AASCH | DUI | DDC | CSV 0000 | SAPP |
| | PTRL | BCSCH | MNTL | CRO | ASCH | ANGEP | DRUGCT |
| Enhanced: | PROJ | CNOT | SCH | VDOB 00000000 | | HOOF 000 | |
| | DRUG CODE: | | | MEAS: | VOL: 00000000 | | |
| SEC/CUR: | 00 | 000000000000 00 | 00 | 000000000000 00 | 00 | 000000000000 | |
| Comment: | | | | | | | |
| BAL DUE | | | DUE | | | CRO | Updated 04212005 |
| Case Action Summary | | | | | | | |

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 04132005 | 0854 | JUDG | ASSIGNED TO: (CKT) CLAYTON KIM TAYLOR (AR01) | BRL |
| 04132005 | 0854 | DAT1 | SET FOR: BENCH TRIAL ON 04/21/2005 AT 0900A (AR01) | BRL |
| 04132005 | 0854 | FILE | CHARGE 01: DISORDERLY CONDUCT/#CNTS: 001 (AR01) | BRL |
| 04132005 | 0854 | STAT | INITIAL STATUS SET TO: "J" - JAIL (AR01) | BRL |
| 04132005 | 0854 | FILE | FILED ON: 04/08/2005 (AR01) | BRL |
| 04132005 | 0854 | ARRS | DEFENDANT ARRESTED ON: 04/07/2005 (AR01) | BRL |
| 04132005 | 0854 | COMM | DADEVILLE (AR01) | BRL |
| 04132005 | 0854 | CASP | CASE ACTION SUMMARY PRINTED (AR10) | BRL |
| 04212005 | 1136 | DJID | DISPOSITION JUDGE ID CHANGED FROM: TO: CKT | PAL |
| 04212005 | 1136 | DISP | CHARGE 01: DISORDERLY CONDUCT /#CNTS: 001 (AR10) | PAL |
| 04212005 | 1136 | DISP | CHARGE 01 DISPOSED BY: BOUND OVER ON: 04/21/2005 | PAL |
| 04212005 | 1136 | ATY1 | ATTORNEY FOR DEFENDANT: WRIGHT KENNETH E JR (AR10) | PAL |
| 04212005 | 1136 | D001 | ENFORCEMENT STATUS SET TO: "N" (AR10) | PAL |
| 04262005 | 1357 | TEXT | NOTICE OF APPEARANCE KENNETH E WRIGHT | BRL |
| 04262005 | 1357 | TEXT | MOTION FOR A PRELIMINARY HEARING | BRL |



*alacourt.com's*

*Alabama SJIS CC/DC Case Detail*

Settings · Disposition · Sentence · Case Action Summary · Witness List · Financial · Enforcem

## Case

| County | 62 TALLAPOOSA | Case Number | ⟐DC 2005 000206 00 | JID | CKT | DEF Status | J JAIL ESTS: N |
|---|---|---|---|---|---|---|---|
| Name | STEWART FLETCHER RAY | | | Alias | | | |
| Address 1 | 1790 BOOGER HOLLOW RD | | | Alias | | | |
| Address 2 | | | | SID | AL 000000000 | YDate | |
| Zip | 36853 0000 DADEVILLE AL US | | | AS | | PR | 0000 000000 00 |
| DLNO | AL | DOB | 05191968 | SSN | | Race/Sex | W/M |
| Height | 6 05 | Weight | 180 | Eyes | BLU | Hair | BLN |
| Filed | 04082005 | AAGCY | C | Muni# | 00 | City | |
| Arrest | 04072005 | OffDT | 04072005 | ORI | 0620200 | OFFC | DPD |
| Indict | | Grand Jury | | Atty 1 | WRI047 A | Tkt# | |
| Bond | | Type | | Bond Co | | REL | 00000000 |
| Sure | | CWIT | | JDMD | | APPL | |
| Tracking No's | WR 2005 000168 00 / 0000 000000 00 / 0000 000000 00 | | | | | | |
| Date | 1 04212005 | Que | 003 | Time | 0900 A | Desc | BTRL |
| Charge 1 | REST | RESISTING ARREST | | 13A-010-041 | M PE | Counts | 001 |
| Charge 2 | | | | | | Counts | |
| Charge 3 | | | | | | Counts | |
| More | N | Dom Viol | N | Case Type | M | Case Cat | PE |
| Comment | DADEVILLE | | | | | | |

## Settings

| Date 1 | 04212005 | Que | 003 | Time | 0900 A | Desc | BTRL BENCH TRIAL |
|---|---|---|---|---|---|---|---|
| Date 2 | | Que | 000 | Time | 0000 | Desc | |
| Date 3 | | Que | 000 | Time | 0000 | Desc | |
| Date 4 | | Que | 000 | Time | 0000 | Desc | |
| Prosecutor | | Atty 1 | WRIGHT KENNETH E JR | Atty 2 | | | |
| Flag | N | Flag | Y | Flag | | | |
| WARISS | | WARACT | | WARLOC | | | |
| BP ISS | | BP RTN | | | | | |

## Disposition

| CRT ACT | B BOUND OVER/PR CAUSE | CADATE | 04212005 | Jury | Y | More | N |
|---|---|---|---|---|---|---|---|
| Charge 1 | REST RESISTING ARREST 13A-010-041 M P | | | Counts | 001 | CA | B 04212005 |
| Charge 2 | | | | Counts | | CA | |
| Charge 3 | | | | Counts | | CA | |
| Admin | | Why | | TBNV1 | | TBNV2 | |
| Appeal | | CAPP | T | Type | GJCA | GJCA | |
| Cont Dt | | Why | | Cont# | 00 | DOM VIOL | N |
| Comment | | | | | | | |
| CMP:N | SPRO:N | Due | 0000000000 | Warr:000 | SUBP:000 | Updated | 07122005 |

## Sentence

| Sent | | Begin | | End | | PRB BEG | |
|---|---|---|---|---|---|---|---|
| IMP CONF | 00 00 000 | SUSP CONF | 00 00 000 | TOTAL CONF | 00 00 000 | JAIL CRED | 00 00 000 |
| LICN SUSP | 00 00 000 | PROBATION | 00 00 000 | PRB REV | 00000000 | | |
| Monetary: | COST | FINE IMP: 00000000 | | SUSP: 00000000 | CVCC | HIS | |
| | WCCS | MCOS 00000000 | | JFEE 00000000 | DRGF 0 | ASU | |
| | WCDA | REMB 00000000 | | 3CVC 00000000 | WARR 000 | USF | |
| | PREL | DRUG 00000000 | | RCUP 00000000 | SUBP 000 | | |

| | RES1 00000000 | | RES2 00000000 | | | RES3 00000000 | | |
|---|---|---|---|---|---|---|---|---|
| | RES4 00000000 | | RES5 00000000 | | | RES6 00000000 | | |
| Confine: | PENT | LIFE | LWOP | DEATH | SPLIT | BOOT 000 | EMON 00 | |
| | JAIL | CCUR | CSEC | CTERM | RVSPL | GANG 000 | | |
| Programs: | JDVR | IPROB | AASCH | DUI | DDC | CSV 0000 | SAPP | |
| | PTRL | BCSCH | MNTL | CRO | ASCH | ANGER | DRUGCT | |
| Enhanced: | PROJ | CNOT | SCH | VDOB 00000000 | | HOOF 000 | | |
| | DRUG | CODE: | | MEAS: | VOL: 00000000 | | | |
| SEC/CUR: | 00 | 000000000000 00 | | 00 | 000000000000 00 | 00 | 000000000000 | |
| Comment: | | | | | | | | |
| BAL DUE | | | DUE | | | CRO | Updated | 04212005 |

*Case Action Summary*

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 04132005 | 0855 | JUDG | ASSIGNED TO: (CKT) CLAYTON KIM TAYLOR (AR01) | BRL |
| 04132005 | 0855 | COMM | DADEVILLE (AR01) | BRL |
| 04132005 | 0855 | DAT1 | SET FOR: BENCH TRIAL ON 04/21/2005 AT 0900A (AR01) | BRL |
| 04132005 | 0855 | ARRS | DEFENDANT ARRESTED ON: 04/07/2005 (AR01) | BRL |
| 04132005 | 0855 | STAT | INITIAL STATUS SET TO: "J" - JAIL (AR01) | BRL |
| 04132005 | 0855 | FILE | CHARGE 01: RESISTING ARREST/#CNTS: 001 (AR01) | BRL |
| 04132005 | 0855 | FILE | FILED ON: 04/08/2005 (AR01) | BRL |
| 04132005 | 0855 | CASP | CASE ACTION SUMMARY PRINTED (AR10) | BRL |
| 04212005 | 1137 | DJID | DISPOSITION JUDGE ID CHANGED FROM: TO: CKT | PAL |
| 04212005 | 1137 | DISP | CHARGE 01: RESISTING ARREST/#CNTS: 001 (AR10) | PAL |
| 04212005 | 1137 | DISP | CHARGE 01 DISPOSED BY: BOUND OVER ON: 04/21/2005 | PAL |
| 04212005 | 1137 | ATY1 | ATTORNEY FOR DEFENDANT: WRIGHT KENNETH E JR (AR10) | PAL |
| 04212005 | 1137 | D001 | ENFORCEMENT STATUS SET TO: "N" (AR10) | PAL |
| 04262005 | 1358 | TEXT | NOTICE OF APPEARANCE KENNETH E WRIGHT | BRL |
| 04262005 | 1358 | TEXT | MOTION FOR A PRELIMINARY HEARING | BRL |

# EXHIBIT D
# Explanation of Rights and Plea of Guilty

| State of Alabama<br>Unified Judicial System<br><br>Form CR-51(front)    Rev. 7/02 | EXPLANATION OF RIGHTS AND<br>PLEA OF GUILTY<br>(Non-Habitual Offender — Felony and Misdemeanor<br>Circuit or District Court) | Case Number<br><br>*DC —* |

IN THE ___*DISTRICT*___ COURT OF ___*TALLAPOOSA*___, ALABAMA
 _(Circuit or District)_ _(Name of County)_

STATE OF ALABAMA v. ___*FLETCHER STEWART*___
Defendant

TO THE ABOVE-NAMED DEFENDANT: The Court, having been informed that you wish to enter a plea of guilty in this case, hereby informs you of your rights as a criminal defendant.

## PENALTIES APPLICABLE TO YOUR CASE

You are charged with the crime of ___*RESISTING ARREST 3°*___ ___*ASSAULT 3°*___, which is a Class ___*A*___ ☐ Felony ☑ Misdemeanor. Th Court has been informed that you desire to enter a plea of guilty to ☐ this offense or ☐ to the crime of ___ which is a ☐ felony ☐ misdemeanor. The sentencing range for the above crime(s) is set out below:

| MISDEMEANOR | | FELONY | |
|---|---|---|---|
| Class A | Up to one (1) year imprisonment in the county jail, or a fine up to $2,000, or both. | Class A | Not less than ten (10) years and not more than life or ninety-nine (99) years imprisonment in the state penitentiary, and may include a fine not to exceed $20,000. |
| Class B | Up to six (6) months imprisonment in the county jail, or a fine up to $1,000, or both. | Class B | Not less than two (2) years and not more than twenty (20) year imprisonment in the state penitentiary, and may include a fine not to exceed $10,000. |
| Class C | Up to three (3) months imprisonment in the county jail, or a fine not to exceed $500, or both. | Class C | Not less than one (1) year and one (1) day and not more than ten (10) years imprisonment in the state penitentiary, and may include a fine not to exceed $5,000. |

Crime Victims Assessment: You will also be ordered to pay an additional monetary penalty for the use and benefit of the Alabama Crime Victims Compensation Commission of not less than $50 and not more than $10,000 for each felony and not less than $25 and not more than $1,000 for each misdemeanor for which you are convicted.

This crime is also subject to the following enhancements or additional penalties as provided by law: (Provisions Checked Apply To Your Case)

☐ Enhanced Punishment For Use Of Firearm Or Deadly Weapon: Section 13A-5-6, Ala. Code 1975, provides for the enhancement of a punishment where a 'firearm or deadly weapon' was used or attempted to be used in the commission of a felony.' This section provides for the following punishment in such event: For the commission of a Class A Felony, a term of imprisonment of not less than 20 years; For the commission of a Class B Felony, a term of imprisonment of not less than 10 years; For the commission of a Class C Felony, at term of imprisonment of not less than 10 years.

☐ Enhanced Punishment for Drug Sale Near School: Section 13A-12-250, Ala. Code 1975, provides that any person who is convicted of unlawfully selling any controlled substance within a three (3) mile radius of a public or private school, college, university or other educational institution, must be punished by an additional penalty of five years' imprisonment for each violation.

☐ Enhanced Punishment For Sales Of Controlled Substance To One Under 18: Section 13A-12-215, Ala. Code 1975, provides that anyone convicted of selling, furnishing or giving away a controlled substance to one who has not yet attained the age of 18 years, shall be guilty of a Class A Felony and the punishment imposed shall not be suspended or probation granted.

☐ Drug Demand Reduction Assessment Act and Loss of Driving Privileges: Section 13A-12-281 provides that, if you are convicted of a violation of Sections 13A-12-202, 13A-12-203, 13A-12-204, 13A-12-211, 13A-12-212, 13A-12-213, 13A-12-215 or 13A-12-231, Ala. Code 1975, you shall be assessed an additional fee of $1,000 if you are a first-time offender or $2,000 if you are a repeat offender under one of these sections. Collection of all or part of the penalty will be suspended if, with court approval, you enter a drug rehabilitation program and if you agree to pay for a part or all of the program costs. Upon successful completion of the program, you may apply to the court to reduce the penalty by the amount actually paid by you for participation in the program. Any suspension of the penalty can be withdrawn by the court if you fail to enroll in or successfully pursue or otherwise fail to complete an approved program. In addition, pursuant to Section 13A-12-214 (unlawful possession of marijuana in the second degree), Section 32-5A-191(a)(3) or Section 32-5A-191(a)(4)(DUI offenses involving drugs), you will lose your privilege to drive a motor vehicle for a period of six months, which shall be in addition to any suspension or revocation otherwise provided by law.

☐ Alcohol/Drug Related Offenses: If you are convicted of an alcohol or drug-related offense, you will be required to undergo an evaluation for substance abuse. Based upon the results of any such evaluation, you will be required to complete the recommended course of education and/or treatment and to pay for the evaluation and any program to which you are referred. Failure to submit to an evaluation or failure to complete any program to which you may be referred will be considered a violation of any probation or parole you may be granted. You may also be required to attend monitoring sessions, including random drug and alcohol testing of blood, urine and/or breath, tests and to pay a fee for this service. You may request a waiver of part or all of the fees assessed if you are indigent or for any portion of time you are financially unable to pay. Community service may be ordered by the court in lieu of the monetary payment of fees by an indigent.

Original - Court File      Copy - Defendant      Copy - District Attorney      Copy - Defense Attorney

Form CR-51 (back)     Rev. 7/02

## EXPLANATION OF RIGHTS AND PLEA OF GUILTY
(Non-Habitual Offender – Felony and Misdemeanor -- Circuit or District Court)

☐ DNA Samples for Criminal Offenses in Section 36-18-24: Beginning May 6, 1994, Section 36-18-26(e), Ala. Code 1975, provides that, as of May 6, 1994, all persons convicted of any of the offenses set out in Section 36-18-24, shall be ordered by the court to submit to the taking of a DNA sample or samples.

☐ DUI Offenses: Beginning October 1, 1993, if you are convicted of a DUI offense pursuant to Section 32-5A-191, Ala. Code 1975, an additional fine of $100.00 will be assessed pursuant to Section 32-5A-191.1, Ala. Code 1975.

☐ Drug Possession: Beginning October 1, 1995, if you are convicted in any court of this state for drug possession, drug sale, drug trafficking, or drug paraphernalia offenses as defined in Sections 13A-12-211 to 13A-12-260, inclusive, Ala. Code 1975, an additional fee of $100.00 will be assessed pursuant to Section 36-18-7, Ala. Code 1975.

☐ Other: _____

### RIGHTS YOU HAVE AND THE WAIVER OF YOUR RIGHTS

Under the Constitution of the United States and the Constitution and laws of the State of Alabama, you have a right to remain silent and you may not be compelled to give evidence against yourself. Your attorney cannot disclose any confidential talks he/she has had with you. You do not have to answer any questions. If you do answer questions knowing that you have a right to silence, you will have waived your right to remain silent.

You have the right to enter, or stand on if previously entered, a plea of "Not Guilty" or Not Guilty by Reason of Mental Disease or Defect," or "Not Guilty and Not Guilty by Reason of Mental Disease or Defect" and have a public trial before a duly selected jury. The jury would decide your guilt or innocence based upon the evidence presented before them. If you elect to proceed to trial, you would have the right to be present, you would have the right to have your attorney present to assist you, you would have the right to confront and cross examine your accuser(s) and all the State's witnesses, you would have the right to subpoena witnesses to testify on your behalf and to have their attendance in court and their testimony required by the court, and you would have the right to take the witness stand and to testify, but only if you chose to do so, as no one can require you to do this. If you elect to testify, you can be cross examined by the State just as any other witness is subjected to cross examination. If you elect not to testify, no one but your attorney will be allowed to comment about that fact to the jury. Your attorney is bound to do everything he/she can honorably and reasonably do to see that you obtain a fair and impartial trial.

If you elect to proceed to trial, you come to court presumed to be innocent. This presumption of innocence will follow you throughout the trial until the State produces sufficient evidence to convince the jury (or the court if the trial is non-jury) of your guilt beyond a reasonable doubt. You have no burden of proof in this case. If the State fails to meet its burden, you would be found not guilty.

If you are entering a guilty plea to a charge for which you have not yet been indicted, you are waiving indictment by a grand jury and you will be pleading guilty to a charge preferred against you by a District Attorney's Information filed with the court.

IF YOU PLEAD GUILTY, THERE WILL BE NO TRIAL. YOU WILL BE WAIVING THE RIGHTS OUTLINED ABOVE, EXCEPT YOUR RIGHTS RELATING TO REPRESENTATION BY AN ATTORNEY. THE STATE WILL HAVE NOTHING TO PROVE AND YOU WILL STAND GUILTY ON YOUR GUILTY PLEA. BY ENTERING A PLEA OF GUILTY, YOU WILL ALSO WAIVE YOUR RIGHT TO APPEAL, UNLESS (1) YOU HAVE, BEFORE ENTERING THE PLEA OF GUILTY, EXPRESSLY RESERVED THE RIGHT TO APPEAL WITH RESPECT TO A PARTICULAR ISSUE OR ISSUES, IN WHICH EVENT APPELLATE REVIEW SHALL BE LIMITED TO A DETERMINATION OF THE ISSUE OR ISSUES RESERVED, OR (2) YOU HAVE TIMELY FILED A MOTION TO WITHDRAW THE PLEA OF GUILTY AFTER PRONOUNCEMENT OF SENTENCE ON THE GROUND THAT THE WITHDRAWAL IS NECESSARY TO CORRECT A MANIFEST INJUSTICE, AND THE COURT HAS DENIED YOUR MOTION TO WITHDRAW YOUR PLEA, OR THE MOTION HAS BEEN DEEMED DENIED BY OPERATION OF LAW.

IF YOU HAVE A RIGHT TO APPEAL UNDER ONE OF THE CONDITIONS ABOVE AND YOU ARE DETERMINED BY THE COURT TO BE INDIGENT, COUNSEL WILL BE APPOINTED TO REPRESENT YOU ON APPEAL IF YOU SO DESIRE AND IF THE APPEAL IS FROM A CIRCUIT COURT JUDGMENT OR SENTENCE, A COPY OF THE RECORD AND THE REPORTER'S TRANSCRIPT WILL BE PROVIDED AT NO COST TO YOU.

IF YOU HAVE ANY QUESTIONS ABOUT YOUR RIGHTS OR THE CONSEQUENCES OF PLEADING GUILTY, PLEASE LET THE COURT KNOW NOW AND FURTHER EXPLANATION WILL BE MADE.

6/9/05
Date

_____
Judge

### ATTORNEY'S CERTIFICATE

I certify that the above was read to the defendant by me; that I explained the penalty or penalties to the defendant, that I discussed in detail the defendant's rights and the consequences of pleading guilty; and that, in my judgment, the defendant understands the same and that he/she is knowingly, voluntarily, and intelligently waiving his/her rights and entering a voluntary and intelligent plea of guilty. I further certify to the court that I have in no way forced or induced the defendant to plead guilty and to, my knowledge, no one else has done so.

6/9/05
Date

X Kin FLETCHER
Attorney

### DEFENDANT'S STATEMENT OF WAIVER OF RIGHTS AND PLEA OF GUILTY

I certify to the court that my attorney has read and explained the matters set forth above; that my rights have been discussed with me in detail and fully explained; that I understand the charge or charges against me; that I understand my rights, the punishment or punishments provided by law as they may apply to my case, and I understand the consequences of pleading guilty; that I am not under the influence of any drugs, medicines, or alcoholic beverages; and I have not been threatened or abused or offered any inducement, reward, or hope or reward to plead guilty other than the terms of the plea agreement which will be stated on the record.

I further state to the court that I am guilty of the charge to which I am entering a plea of guilty, that I desire to plead guilty, that I made up my own mind to plead guilty, and that I knowingly, intelligently, and voluntarily waive my right to a trial in this case. I further state to the court that I am satisfied with my attorney's services and his/her handling of my case.

6/9/05
Date


X FLETCHER STEWART
Defendant

# EXHIBIT E
# Court Action/Arrest Authentication
# Dated June 9, 2005



# TALLAPOOSA COUNTY JAIL COURT ACTION/ARREST AUTHENTICATION

This form is to be completed by the transporting officer anytime an inmate makes a court appearance or placed in jail without an arrest report. Correctional Officers shall complete when information is given via telephone, mail or other means concerning sentencing, bonds or other court actions.

NAME OF PRISONER: Stewart, Fletcher    DATE: 6-9-05    NID#: _____

JUDGE: Taylor    CASE #: (IF KNOWN) _____

CHARGE(S): RA, DC.

COURT ACTION/REMARKS: CHECK ALL THAT APPLY

_____ 1. BOUND TO GRAND JURY

_____ 2. BOND REMAINS THE SAME

_____ 3. BOND SET AT: _____

_____ 4. PURGE AMOUNT SET AT: _____

_____ 5. RELEASED TIME SERVED BY ORDER OF JUDGE

_____ 6. RELEASED ON PROBATION BY ORDER OF JUDGE

_____ 7. CASE CONTINUED; DATE: _____

_____ 8. INMATE SENTENCED TO: _____

✓ 9. APPOINTED ATTORNEY: Ken Wright

_____ 10. COURT ORDERED HOLDS FOR: _____

ADDITIONAL REMARKS:

Guility Credit for time serve, no court cost, no fines unsupervise Probation for 6 months. Can be Release Afted signing paper.

BOOKING OFFICER _____    OFFICER COMPLETING FORM _____

# EXHIBIT F
# Out-Processing Check List



# TALLAPOOSA COUNTY JAIL

## OUT-PROCESSING CHECK LIST

Inmates Name: _STIEWART FLETCHER_ Name ID: _5813_    Date Out: _6/9/05_

Booking Number: _05-000566_ Time Out: _1740_    Shift: _A-2_

✓ 1. Manner in which inmate is being released has been confirmed.

✓ 2. NCIC Check completed:

     _____ No wants or warrants    _NoF_

     _____ Wanted for: _____

         by: _WYATT J_____

✓ 3. Inmate returned all issued property, spillman updated.

✓ 4. Inmate received and signed for all his/her property, spillman updated.

✓ 5. Bond completed and copies/originals in appropriate location.

✓ 6. Copy of bond/receipt/order has been placed in inmates record.

_N/A_ 7. Cash Account: Inmate received commissary funds upon release: Yes/No

     If no explain: _____

✓ 8. Ensure all data has been updated in spillman, bonds, holds, property, etc.

_Charles Howard_                  _6/9/05 - 1740_

Booking Officer's Signature             Date/Time Release Completed

_P. Arthur_

Supervisor Reviewed

*Supervisor must review all releases prior to filing record.

**CORRECTIONS**

_17 25 08_

# EXHIBIT G
## Affidavit of Sheriff Jimmy Abbett

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **FLETCHER RAY STEWART,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Civil Action No. 3:05-CV-0520-MHT-DRB** |
| | ) |
| **JIMMY ABBETT, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## AFFIDAVIT OF JIMMY ABBETT

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF TALLAPOOSA** | ) |

      **BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Sheriff Jimmy Abbett, who being known to me and being by me first duly sworn on oath deposes and says as follows:

      1.     My name is Jimmy Abbett. I am over the age of nineteen and competent to make this affidavit.

      2.     I am the duly elected Sheriff of Tallapoosa County, Alabama.

      3.     I am familiar with the Plaintiff due to his being incarcerated in the Tallapoosa County Detention Facility. I have no personal knowledge of any of the specific allegations that form the basis of Plaintiff's Complaint.

      4.     I was not aware that Plaintiff was in need of any mental health care treatment.

5.    I have not received a grievance from the Plaintiff regarding the allegations made the basis of his complaint, and to my knowledge, he has never filed a grievance regarding the allegations made the basis of his complaint.

6.    I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

7.    I swear, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.

_____
JIMMY ABBETT

**SWORN TO** and **SUBSCRIBED** before me this ___ day of July, 2005.

_____
NOTARY PUBLIC
My Commission Expires: _____

# EXHIBIT H
## Affidavit of Blake Jennings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **FLETCHER RAY STEWART,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:05-CV-0520-MHT-DRB** |
| | ) | |
| **JIMMY ABBETT, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## AFFIDAVIT OF BLAKE JENNINGS

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF TALLAPOOSA** | ) |

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Blake Jennings, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.      My name is Blake Jennings. I am over the age of nineteen and competent to make this affidavit.

2.      I have been employed by the Tallapoosa County Sheriff's Department since 1998. On March 19, 2004, I became the Jail Administrator of the Tallapoosa County Jail.

3.      I am familiar with the Plaintiff due to his incarceration in the Tallapoosa County Detention Facility.

4.      I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

5.      It is the policy of the Tallapoosa County Jail that access to appropriate health care services are provided for the inmates of the Jail for their physical and emotional well-

being.  An inmate requesting any type of health care services may submit either an Inmate Request Form or Medical Request/Charge Sheet stating the service desired.  At the time of admission to the jail, each inmate undergoes a medical screening completed by the booking officer.  In the event of a medical emergency, or a perceived medical emergency, the shift supervisor arranges for medical services without delay.  The shift supervisor ensures that the medical protocol is followed to ensure a safe and secure manner is maintained.  Except in the case of an emergency, each inmate requesting medical services is screened by the jail nurse who then makes a referral to a physician if it is determined that a physician visit is appropriate.  All medical appointments, including appointments with the jail nurse, are logged by the jail staff in the inmate log.

6.    Inmates are given prescription medication as prescribed.  Medication is distributed according to instructions from the prescribing physician and is distributed by a jail staff member as directed by the jail nurse.  Staff members of the Tallapoosa County Jail take no deliberate action to block, deny, or delay access of an inmate to health care.  The Jail Nurse is on duty from 8:00 a.m. until 5:00 p.m. on Mondays through Fridays.  She is on call at all times of the day and night.

7.    An inmate may at any time request mental health care. Upon such request, the jail staff will ask that Mental Health Services provide that inmate with a consultation with a mental health provider.

8.    Failure to provide an inmate with necessary physical or mental health care is a violation of the policies and procedures of the Tallapoosa County Jail.

9.     Plaintiff never requested mental health treatment. Had he so requested, Mental Health Services would have been notified. I was not in any way aware that Plaintiff was in need of any mental health treatment.

10.     Internal grievance procedures at the Tallapoosa County Detention Facility are available to all inmates. It is the policy of the Tallapoosa County Sheriff's Department that inmates are permitted to submit grievances and that each grievance will be acted upon. Inmates are given an Inmate Grievance Form to complete and return to a Tallapoosa County Detention Facility staff member for any grievances they may have. I do not recall a grievance being filed by Plaintiff in regards to the allegations made the basis of his Complaint.

11.     Attached to the Special Report are true and accurate documents contained in the Plaintiff's jail file. I am the custodian of such documents, which were kept by me in the ordinary course of my business.

12.     I swear to the best of my present knowledge and information that the above statements are true; that I am competent to make this affidavit; and, the above statements are made by drawing from my personal knowledge of the situation.


_____
BLAKE JENNINGS

**SWORN TO** and **SUBSCRIBED** before me this 29 day of July, 2005.


_____
NOTARY PUBLIC
My Commission Expires MY COMMISSION EXPIRES APRIL 5, 2009

# EXHIBIT I
# Affidavit of Carolyn Moss

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

FLETCHER RAY STEWART,                )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )    Civil Action No.  3:05-CV-0520-MHT-DRB
                                     )
JIMMY ABBETT, et al.,                )
                                     )
        Defendants.                  )

## AFFIDAVIT OF CAROLYN MOSS

STATE OF ALABAMA            )
                            )
COUNTY OF TALLAPOOSA        )

   **BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Carolyn Moss, who being known to me and being by me first duly sworn on oath deposes and says as follows:

   1.     My name is Carolyn Moss.  I am over the age of nineteen and competent to make this affidavit.

   2.     I am employed at the Tallapoosa County Jail and have served in such capacity for eight years.  For the past two years I have served as a Lieutenant.  I am a 1998 graduate of the Jail Management School.

   3.     I am familiar with the Plaintiff due to his incarceration in the Tallapoosa County Detention Facility.

   4.     I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

   5.     I was not aware that Plaintiff was in need of any mental health care treatment.

6.    I have not received a grievance from the Plaintiff regarding the allegations made the basis of his complaint, and to my knowledge, he has never filed a grievance regarding the allegations made the basis of his complaint.

7.    I swear to the best of my present knowledge and information that the above statements are true; that I am competent to make this affidavit; and, the above statements are made by drawing from my personal knowledge of the situation.


_Carolyn Moss_
CAROLYN MOSS

**SWORN TO** and **SUBSCRIBED** before me this _29_ day of July, 2005.


_Tom McCary_
NOTARY PUBLIC
My Commission Expires: MY COMMISSION EXPIRES APRIL 6, 2009

# EXHIBIT J
# Inmate Medical File of Fletcher Ray Stewart, "Medical File", Medications/Physicians Orders, Order dated April 7, 2005

## MEDICATIONS/PHYSICIAN ORDERS

*Fletcher Stewart*

### MEDICATIONS

| Date | Medication | (List all current medications except those listed on the front of this form.) | Dosage/Route/Administration | Date Discontinued |
|------|-----------|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

### PHYSICIAN ORDERS

| Date | Order | Signature |
|------|-------|-----------|
| 4-7-05 | Dilantin 100mg ÷ in AM ÷ about ÷ @ night routine Megynin capsuls every 6 hrs as needed MEDS for migrain headaches | C. LaBose RN |
| 5-13-05 | Chloreseptic Spray bid prn X 7 days | C. LaBose RN |

TCJ Form-07D

# EXHIBIT K
# Medical File, Progress Notes, Note dated April 18, 2005

## PROGRESS NOTES

Name _Stewart, Fletcher_

UMR # _____

| Date | Service Area | Sign All Entries |
|------|--------------|------------------|
| 1/10/2003 | | 1:30 pm Dr King here to evaluate inmate (W/Webb) |
| 1/31/2003 | | 9:45 am Pacemaker Battery ck Done (ok) W/Webb |
| 3/3/2003 | | Seen per request for complaint stomach ache. Inmate states he vomited up supper last pm was able to eat some breakfast. T = 97.8 134/80 -64 (Reg) -16. Inmate states he thinks He has stomach virus (Having normal BMs) Pepto Bismol 30cc PO given for complaint W/Webb |
| | | 11 am Inmate vomiting → moved to C-10 for Medical Observation → Placed on clear liq diet W/Webb |
| | | 3 pm Inmate states his stomach is feeling somewhat better. Inmate will remain in C-10 on clear liquid @ this time W/Webb |
| 3/4/2003 | | 7:30 am Inmate states he was able to keep down Supper & Breakfast c̄ No further episode of N&V noted. Inmate will be Served Reg Diet @ Lunch, if able to tolerate will return to general population. W/Webb |
| | | 1 pm Inmate tolerated Reg Diet @ lunch ē problems Inmate returned to general population. W/Webb |
| 3/27/2003 | | 12:20 pm Pacemaker Battery ck Done (ok) W/Webb |
| 5/22/2003 | | 11 am Pacemaker Battery ck Done (ok) W/Webb |
| 7/17/2003 | | 12:20 pm Pacemaker Battery ck Done (ok) wt = 190# W/Webb |
| 8/1/2003 | | Seen per request for complaint Bad tooth ache Left Front top. Inmate noted to have red/ inflammed gums above tooth c̄ "gum Ball" present → Will start Antibiotic + Tylenol.x W/Webb Inmate stated it had hurt him off/on for a while but yesterday pm got worse. W/Webb |
| 8/3/2003 | | Inmate states tooth/gum much better |
| 8/4/2003 | | Released. W/Webb |
| 4-18-05 | | Was in 4 wheeler car wreck a few months back and had multiple surgeries and rehab. |

N Cost Form-07H

## PROGRESS NOTES

Name _Fletcher Stewart_

UMR # ___ ,

| Date | Service Area | Sign All Entries |
|------|--------------|------------------|
| 1-18-05 | | "cont" States no problems from wreck continues to bother. Will draw blood for HIV + Syphilis and do P.P.D. Very poor historian, Mental handicap, 4186# 960B) — C. DuBose R |
| 4-21-05 | | C/O chest pain was put in C/O and states he is alright now. He said he got too hot last night that this happens at home sometimes BP. 90/50 P. 72 Pacemaker ck scheduled for later today — C. DuBose R |
| 4-21-05 | | Pacemaker ✓ done Better is good C. DuBose R |
| 5-13-05 | | C/O biting tongue adde Chloresptic Spray to cart for 7 days — C. DuBose R |
| 5-19-05 | | Pacemaker ck done. O.K. — C. DuBose R |
| 6-7-05 | | Released C. DuBose R |

TCJ Form-07H

# EXHIBIT L
# Remainder of Plaintiff's Inmate File

```
06/09/2005          Tallapoosa County Sheriff's Department                   290
17:32                                                                 Pag :      1
               Receipt for Property and Personal Use Items Returned

     Receipt Number:     10224              Date: 06/09/2005
     Booking Number: 05-000566
Property returned by: FLETCHER RAY STEWART (      5913

I, HOWARD, certify that on the above date and time, the
following property and personal use items were returned to me by
FLETCHER RAY STEWART
```

| ITEM | DESCRIPTION | SIZE | QUANTITY | CONDITION |
|------|-------------|------|----------|-----------|
| BLANKET | COTTON WHITE | | 1 | |
| PROPERTY BOX | CLEAR PLASTIC / BLUE TOP | | 1 | |
| SOAP | SOAP | | 1 | |
| PILLOW | FOAM | | 1 | |
| MATTRESS | GREEN,BLUE PLASTIC/FOAM | | 1 | |
| TOWELL | TOWELL WHITE COTTON | | 1 | |
| SANDLES | PVC BROWN OR TAN | | 2 | |
| RULE BOOK | WHITE PAPER | | 1 | |
| WASH CLOTH | SMALL WASH CLOTH COTTON | | 1 | |
| MATTRESS COVER6 | | | 1 | |
| LAUNDRY BAG | NET NYLON | | 1 | |
| SHEETS | WHITE COTTON SHEETS | | 2 | |
| SHIRTS | WHITE COTTON UNISEX | | 3 | |
| PANTS | WHITE COTTON TROUSERS UNISEX | | 3 | |
| CUP | PLASTIC | | 1 | |
| TOOTHPASTE | FRESH MINT | | 1 | |
| TOOTHBRUSH | SMALL HANDLE | | 1 | |
| PEN | INK PEN BLACK INK,RUBBER CASE | | 1 | |
| PILLOW CASE | WHITE COTTON | | 1 | |

```
Property received by:              Property returned  by:

FLETCHER                           STEWART
HOWARD                             FLETCHER RAY STEWART
```

```
06/09/2005              Tallapoosa County Sheriff's Department                    193
17:29                      Inmate Property Taken:                        Page:      1

                                                                          Active
   Booking Number: 05-000566     Confined
         Name Number:    5913   FLETCHER RAY STEWART


Records 1 through 7 of 7

   Item         Description      Qty out  Date Ret  Returned to  Csh Receipt #
   BOOT        BROWN IN COLOR       2.00 06/09/2005FLETCHER RAY   N     13493
   OVERALLS    BLUE IN COLOR        1.00 06/09/2005FLETCHER RAY   N     13493
   SHIRT       GREEN/BURGANDY IN CO 1.00 06/09/2005FLETCHER RAY   N     13493
   SHIRT       PIN STRIPS           1.00 06/09/2005FLETCHER RAY   N     13493
   EARRING     RED STONE IN COLOR O 1.00 06/09/2005FLETCHER RAY   N     13493
   GLASSES     DARK SHADE IN COLOR  1.00 06/09/2005FLETCHER RAY   N     13493
   TOBACCO     GREEN CAN OF KODIAK  1.00 06/09/2005FLETCHER RAY   N     13493
```

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

✗                                                    _Charles Flowad_


Stewart

# TALLAPOOSA COUNTY JAIL
## PROPERTY RELEASE RECEIPT

I, FLETCHER _____ do hereby
authorize _____ to obtain the
following from my property. Said property is
currently being held for safekeeping by the
**TALLAPOOSA COUNTY JAIL.**

### DESCRIPTION:

- MONEY- $ _____
- JEWELRY _earrings_ _____
- CLOTHING _____
  _____
- OTHER _wallet, Sunglasses_ _____

INMATE SIGNATURE _FLETCHR_
DATE _4-17-05_


I, _Alice H. Stewart_ _____ do hereby certify
that I received the above listed property
from _Fletcher R. Stewart_ _____, who is an
inmate of the **TALLAPOOSA COUNTY JAIL.** Said
property was being held as "Personal Property"
for the above inmate.

Receiver's Signature _Alice H. Stewart_
Officers Signature _Ofc ___ ___ ____    Date _4-17-05_

# TALLAPOOSA COUNTY JAIL
# PROPERTY RELEASE RECEIPT

I, _FLETCHER STEWART_ do hereby authorize X _Thomas L Stewart_ to obtain the following from my property. Said property is currently being held for safekeeping by the **TALLAPOOSA COUNTY JAIL.**

## DESCRIPTION:

- **MONEY- $** _____
- **JEWELRY** _____
  _____
- **CLOTHING** _____
  _____
  _____
- **OTHER** _2 KEYS_ _____

**INMATE SIGNATURE** X _Fletcher_ _____

**DATE** _4/13/05_ _____

I, X _Thomas L Stewart_ do hereby certify that I received the above listed property from _FLETCHER STEWART_, who is an inmate of the **TALLAPOOSA COUNTY JAIL.** Said property was being held as "Personal Property" for the above inmate.

**Receiver's Signature** X _Thomas L Stewart_

**Officers Signature** _FLETCHER_ **Date** _4/13/05_

_Charles Howard_

FLETCHER RAY STEWART

| ITEM | DESCRIPTION | | |
|------|-------------|---|---|
| SHOT | GOLD IN COLOR | | |
| OVERALLS | BLUE IN COLOR | | |
| SHIRT | GREEN/BURGUNDY IN COLOR | N | |
| SHIRT | PIN STRIPE | | |
| EARRING | RED STONE IN COLOR ON A YELLOW COLOR | N | |
| GLASSES | DARK SHADE IN COLOR ON BLACK METAL FRAME | N | |
| TOBACCO | GREEN CAN OF KODIAK ON LABEL | N | |

Property received by:

CRUZ

Property stored for:

YFLETCHR

FLETCHER RAY STEWART

HOUDN, ING

| ITEM | DESCRIPTION | SIZE | QUANTITY | RECEIVED |
|------|-------------|------|----------|----------|
| BLANKET | BLUE, SMALL | | | |
| PROPERTY BOX | CLEAR PLASTIC , BLUE TOP | | | |
| SOAP | BOX | | | |
| PILLOW | FOAM | | | |
| MATTRESS | GREEN, BLUE PLASTIC FOAM | | | |
| TOWELL | TOWELL WHITE COTTON | | | |
| SANDLES | TWO BROWN W/ TOP | | | |
| RULE BOOK | WHITE PAPER | | | |
| WASH CLOTH | SMALL WASH CLOTH, COTTON | | | |
| MATTRESS COVER | | | | |
| LAUNDRY BAG | NET NYLON | | | |
| SHEETS | WHITE COTTON SHEETS | | | |
| SHIRTS | WHITE COTTON UNISEX | | | |
| PANTS | WHITE COTTON , TROUSERS COTTON | | | |
| CUP | PLASTIC | | | |
| TOOTHPASTE | FRESH MINT | | | |
| TOOTHBRUSH | SMALL HANDLE | | | |
| PEN | INK PEN BLACK INK, RUBBER CASE | | | |
| PILLOW CASE | WHITE COTTON | | | |

Property received by:

**FLETCHR**

FLETCHER RAY STEWART

Property issued by:

CRUZ

08/05/2003                                                              422
08:37                                                        Page:    1

  Check/Id Number:      3606
            Date: 08/05/2003
Cash Account for:      5813                          Acct. Balance: $0.00
               FLETCHER RAY STEWART            Loc:    -    -    -    -


  I, FLETCHER RAY STEWART, hereby authorize the withdrawl of $19.76
  from my cash account, to be paid to FLETCHER STEWART
  by MADAMS

                                    X _____
                                      FLETCHER RAY STEWART


  I, MADAMS, certify that I have withdrawn $19.76 from the
  cash account of FLETCHER RAY STEWART and paid this amount to
  FLETCHER STEWART as authorized.




                              By: _____
                                   MADAMS



  I, FLETCHER STEWART, hereby certify that I have received
  $19.76 withdrawn from the cash account of FLETCHER RAY STEWART

                                    X _____
                                      FLETCHER STEWART

# Summary

4 7 2005 7 00 00 PM

## ID#: 5813

## STEWART, FLETCHER RAY

1790 BOOGER HOLLOW ROAD
DADEVILLE AL 36853
(256)825-7347

PictureLink for Windows

### Previous Address:

1790 BOOGER HOLLOW RD

DADEVILLE, AL 36853

### Identification Information:





| | |
|---|---|
| Gender: Male | Race: White/Non |
| Ethnic: Non Hispanic | DOB: 05/19/1968  Age |
| Height: 6'05 | Weight: 187 |
| Hair: Blonde | Eyes: Blue |
| Complexion: Light Brown | Glasses: No |
| Hairstyle: Short | Teeth: Straight |
| Speech: Southern Drawl | Build: Slender |
| State ID: AL01419677 | Fed ID: |
| DL:  - | |
| Local ID: | LID Type: |
| SMT Code: | Desc: |
| MO: | |

4/7/2005 7:29:21 PM                    4/7/2005 7:29:37 PM

Notes: SUBJECT HAS MINOR SEIZURES.



# TALLAPOOSA COUNTY JAIL
# COURT ACTION/ARREST
# AUTHENTICATION

This form is to be completed by the transporting officer anytime an inmate makes a cour
appearance or placed in jail without an arrest report. Correctional Officers shall complet
when information is given via telephone, mail or other means concerning sentencing, bonds
or other court actions.

DATE: 4-8-05

NAME OF PRISONER: Stewart, Fletcher       NID#: _____

JUDGE: Martin _____ CASE #: (IF KNOWN) _____

CHARGE(S): _____

**COURT ACTION/REMARKS: CHECK ALL THAT APPLY**

_____ 1. BOUND TO GRAND JURY

_____ 2. BOND REMAINS THE SAME

_X_ 3. BOND SET AT: 25,000 total       $20,000 ⁰⁰ Assault 2nd
                                        2,500 ⁰⁰ Dis Conduct
                                        2,500 ⁰⁰ Resisting Arrest

_____ 4. PURGE AMOUNT SET AT: _____

_____ 5. RELEASED TIME SERVED BY ORDER OF JUDGE

_____ 6. RELEASED ON PROBATION BY ORDER OF JUDGE

_____ 7. CASE CONTINUED; DATE: _____

_____ 8. INMATE SENTENCED TO: _____

_____ 9. APPOINTED ATTORNEY: _____

_____ 10.COURT ORDERED HOLDS FOR: _____

ADDITIONAL REMARKS:

_____

_____

_____          D Shaddy
BOOKING OFFICER                         OFFICER COMPLETING FORM



# TALLAPOOSA COUNTY JAIL
# COURT ACTION/ARREST
# AUTHENTICATION

This form is to be completed by the transporting officer anytime an inmate makes a cou[rt]
appearance or placed in jail without an arrest report.  Correctional Officers shall complet[e]
when information is given via telephone, mail or other means concerning sentencing, bond
or other court actions.

DATE: 4/21/05

NAME OF PRISONER: Stewart, Fletcher    NID#: 5813

JUDGE: TAYLOR    CASE #: (IF KNOWN) _____

CHARGE(S): assault

COURT ACTION/REMARKS: CHECK ALL THAT APPLY

✓ 1. BOUND TO GRAND JURY  all cases

_____ 2. BOND REMAINS THE SAME

_____ 3. BOND SET AT: _____

_____ 4. PURGE AMOUNT SET AT: _____

_____ 5. RELEASED TIME SERVED BY ORDER OF JUDGE

_____ 6. RELEASED ON PROBATION BY ORDER OF JUDGE

_____ 7. CASE CONTINUED; DATE: _____

_____ 8. INMATE SENTENCED TO: _____

_____ 9. APPOINTED ATTORNEY: Ken Wright

_____ 10. COURT ORDERED HOLDS FOR: _____

ADDITIONAL REMARKS:

_____

_____

_____

BOOKING OFFICER                    OFFICER COMPLETING FORM