IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **FLETCHER RAY STEWART,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  3:05-CV-0520- |
| ) | MHT-DRB |
| ) | |
| **JIMMY ABBETT, et al.** ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' ANSWER

COME NOW Tallapoosa County Sheriff Jimmy Abbett, Jail Administrator Blake Jennings, and Carolyn Moss, Defendants in the above-styled cause, and answer the Plaintiff's Complaint as follows:

### Answer

The Defendants in this action deny each and every allegation made by the Plaintiff, Fletcher Ray Stewart, and demand strict proof thereof.  The Defendants deny that they acted, or caused anyone to act, in such a manner so as to deprive the Plaintiff of his constitutional rights.

### Affirmative Defenses

1.  The Plaintiff's Complaint, separately and severally, fails to state a claim upon which relief may be granted.

2.  The Defendants in this action, in their individual capacities, are entitled to qualified immunity from the Plaintiff's claims.

3.  The Defendants in this matter, in their official capacities, are not liable under § 1983 because they are not "persons" under 42 U.S.C.A. § 1983.

4.  The Plaintiff's claims are barred by the Prison Litigation Reform Act.

5.  Plaintiff fails to allege any affirmative causal link between the alleged acts of Defendants and any alleged constitutional deprivation or Defendants' direct participation in any alleged constitutional violation.

6.  Defendants are not liable based upon *Respondeat Superior* theories of liability.

7.  Defendants were not deliberately indifferent in any respect.

8.  The Plaintiff cannot prove a violation of his rights under the Eighth or Fourteenth Amendments to the United States Constitution.

9.  Plaintiff's claims for injunctive relief are moot

Respectfully submitted this the 1st day of August, 2005.

> s/Amanda Allred
> GARY L. WILLFORD, JR. Bar Number: WIL198
> AMANDA ALLRED Bar No. ALL079
> Attorneys for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive
> P.O. Box 240909
> Montgomery, Alabama 36124
> Telephone: (334) 262-1850
> Fax: (334) 262-1889
> E-mail: aallred@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of August, 2005, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

> Fletcher Ray Stewart
> Tallapoosa County Jail
> 316 Industrial Park Drive
> Dadeville, AL 36853

> s/Amanda Allred
> OF COUNSEL