IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **FLETCHER RAY STEWART,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.  3:05-CV-0520-MHT-DRB |
| | ) |
| **JIMMY ABBETT, et al.,** | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR LEAVE TO SUBSTITUTE AFFIDAVIT IN SPECIAL REPORT

COME NOW Tallapoosa County Sheriff Jimmy Abbett, Jail Administrator Blake Jennings, and Carolyn Moss, Defendants in the above-styled cause, and submit this Motion for Leave to Substitute the Affidavit of Jimmy Abbett attached to their Special Report with the signed and executed affidavit of Jimmy Abbett filed contemporaneously with this Motion.  As grounds for so moving, the Defendants state as follows:

1. Defendants filed their Special Report on August 1, 2005.

2. Attached to the Special Report was the unexecuted copy of the Affidavit of Jimmy Abbett which Defendants indicated they would seek permission to substitute when they received the executed affidavit.

3. Plaintiff will not be prejudiced by this substitution.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that this Honorable Court grant their Motion for Leave to Substitute the Affidavit of Jimmy Abbett attached to their Special Report with the signed and executed Affidavit filed contemporaneously with this Motion.

Respectfully submitted this the 5th day of August, 2005.

          **s/Amanda Allred**
          GARY L. WILLFORD, JR. Bar Number: WIL198
          AMANDA ALLRED Bar No. ALL079
          Attorneys for Defendants
          WEBB & ELEY, P.C.
          7475 Halcyon Pointe Drive
          P.O. Box 240909
          Montgomery, Alabama  36124
          Telephone: (334) 262-1850
          Fax: (334) 262-1889
          E-mail: aallred@webbeley.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the 5th day of August, 2005, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

          Fletcher Ray Stewart
          Tallapoosa County Jail
          316 Industrial Park Drive
          Dadeville, AL  36853

          **s/Amanda Allred**
          OF COUNSEL