IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| FLETCHER RAY STEWART, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:05-CV-0520-MHT-DRB ) |
| JIMMY ABBETT, et al., | ) ) |
| Defendants. | ) |

### AFFIDAVIT OF JIMMY ABBETT

| | |
|---|---|
| STATE OF ALABAMA | ) ) |
| COUNTY OF TALLAPOOSA | ) |

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Sheriff Jimmy Abbett, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1. My name is Jimmy Abbett. I am over the age of nineteen and competent to make this affidavit.

2. I am the duly elected Sheriff of Tallapoosa County, Alabama.

3. I am familiar with the Plaintiff due to his being incarcerated in the Tallapoosa County Detention Facility. I have no personal knowledge of any of the specific allegations that form the basis of Plaintiff's Complaint.

4. I was not aware that Plaintiff was in need of any mental health care treatment.

5.  I have not received a grievance from the Plaintiff regarding the allegations made the basis of his complaint, and to my knowledge, he has never filed a grievance regarding the allegations made the basis of his complaint.

6.  I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

7.  I swear, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.

_____
JIMMY ABBETT

SWORN TO and SUBSCRIBED before me this 31 day of July, 2005.

_____
NOTARY PUBLIC
My Commission Expires: