IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| FLETCHER RAY STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:05-CV-520-T |
| | ) | WO |
| JIMMY ABBETT, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on August 18, 2005 (Doc. 14), that:

1. The motion for summary judgment filed by the defendants be granted.

2. Judgment be entered in favor of the defendants.

3. This case be dismissed with prejudice.

4. The costs of this proceeding be taxed against the plaintiff.

After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 19th day of September, 2005.

     /s/ Myron H. Thompson     
UNITED STATES DISTRICT JUDGE